1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2  JOANN M.. SWANSON (CSBN 88143)
   Chief, Civil Division
3  CLAIRE T. CORMIER (CSBN 154364)
   Assistant United States Attorney
4
     150 Almaden Blvd., Suite 900
5    San Jose, California 95113                    *E-FILED ON 3/27/06*
     Telephone: (408) 535-5082
6    FAX: (408) 535-5081
     claire.cormier@usdoj.gov
7
   Attorneys for John E. Potter, Postmaster General
8

9  LAW OFFICES OF MARY-MARGARET O'CONNELL
   Mary-Margaret O'Connell (CSBN 113002)
10
     550 Hartnell Street, Suite J
11   Monterey, CA 93940
     Telephone: 831-601-7585
12
   Attorney for Plaintiff, Dennis Rogers
13

14                 UNITED STATES DISTRICT COURT

15                 NORTHERN DISTRICT OF CALIFORNIA

16                        SAN JOSE DIVISION

17
   DENNIS ROGERS,              )   Case No. C 05-02356 HRL
18                             )
          Plaintiff,            )   STIPULATION AND [PROPOSED]
19                             )   ORDER EXTENDING DEADLINE FOR
        v.                     )   DISCOVERY
20                             )
   JOHN E. POTTER, Postmaster General, )
21                             )
          Defendant.            )
22  _____)

23       The parties to the above-entitled action, through their counsel of record, hereby stipulate

24  and request as follows.

25       The parties to this case participated in a mediation session on March 10, 2006.  The parties

26  elected to defer some discovery until after mediation so that the costs of discovery would not

27  impair the prospects of settlement.  The case did not settle.  In order to allow for a more orderly

28  //

STIPULATION AND [PROPOSED] ORDER CONTINUING DISCOVERY DEADLINES
Case No. C 05-02356 HRL                      -1-

1  completion of discovery, the parties request the following changes to the pretrial schedule as it
2  relates to discovery issues:
3  Fact Discovery Cutoff (currently April 14)          May 5, 2006
4  Expert Disclosure (currently April 28)              May 19, 2006
5  Rebuttal Expert Disclosure (currently May 12)       June 2, 2006
6  Expert Discovery Cutoff (currently June 2)          June 23, 2006

8   The parties do not seek any changes to the following dates or deadlines:
9  Motions Hearing Deadline                            July 11, 2006
10 Final Pretrial Conference                           August 22, 2006
11 Jury Trial                                          August 28, 2006
12      IT IS SO STIPULATED.
13                                  Respectfully submitted,

15 DATED: March 17, 2006              /s/ Mary-Margaret O'Connell
16                                    MARY-MARGARET O'CONNELL
                                      Attorney for Plaintiff

18 DATED: March 23, 2006              KEVIN V. RYAN
19                                    United States Attorney

21                                     /s/ Claire T. Cormier
                                      CLAIRE T. CORMIER
22                                    Assistant United States Attorney

### [PROPOSED] ORDER

Pursuant to the stipulation of the parties and good cause appearing, IT IS SO ORDERED. The parties are advised that the fact that this extension has been granted will not be considered good cause for future requests (if any) to extend case management deadlines.

27 Dated:  March 27, 2006
                                      HOWARD R. LLOYD
28                                    United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER CONTINUING DISCOVERY DEADLINES
Case No. C 05-02356 HRL                    -2-